THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICK GUARIGLIA, JOSEPH H. O'LOUGHLIN, ARTHUR FRIEDMAN, PHILLIP CHALEFF and ISADORE ZIMMERMAN, Appellants.

Argued October 28, 1938; decided December 9, 1938.

*Edward W. McDonald, Maxwell Lehrhaupt* and *Louis J. Lefkowitz* for Dominick Guariglia, appellant.

*Joab H. Banton* and *Myron Sulzberger, Jr.,* for Joseph H. O'Loughlin, appellant.

*Vincent R. Impellitteri* and *Erwin N. Schapira* for Arthur Friedman, appellant.

*Louis J. Gribetz, Lester Lyons, Frederick J. Sullivan* and *William K. Harris* for Phillip Chaleff, appellant.

*James D. C. Murray, Sam Feldman* and *Philip Poger* for Isadore Zimmerman, appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga, Jacob J. Rosenblum* and *Arnold Bauman* of counsel), for respondent.

As to each of the defendants Dominick Guariglia, Arthur Friedman, Philip Chaleff and Isadore Zimmerman, judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

As to the defendant Joseph Harvey O'Loughlin, judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, FINCH and RIPPEY, JJ. LEHMAN and LOUGHRAN, JJ., concur under section 542 of the Code of Criminal Procedure.